RANDY L. ROYAL, TRUSTEE
CHAPTER 7 TRUSTEE
524 5TH AVE. SOUTH
P.O. BOX 551
GREYBULL, WY 82426
PHONE: (307) 765-4433
FAX: (307) 765-9563

FILED IN THE
US BANKRUPTCY COURT
DISTRICT OF WYOMING

2010 AUG 18  AM 11: 41

TIM J. ELLIS, CLERK

BY_____
DEPUTY CLERK

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WYOMING

In Re:           )
   HILL, JASPER EARL, II           )    Case No. 09-21205 PJM
              )
              )
              )
   Debtor(s)           )

## TRANSMITTAL OF UNCLAIMED FUNDS

I, RANDY L. ROYAL, TRUSTEE, Trustee of the above-estate, hereby respectfully reports:

1. That more than ninety days have passed since final distribution under 11 U.S.C. Section 726 was made in this case and I have stopped payment on all checks remaining unpaid.

2. That the names of the persons to whom such unnegotiated checks were issued, the amount of such checks, and their last known addresses are:

| **NAME** | **ADDRESS** | **AMOUNT** |
|---|---|---|
| JASPER HILL | C/O PAUL HUNTER<br>2616 CENTRAL AVE<br>CHEYENNE, WY 82001 | $42.04 |
| JASPER HILL | C/O PAUL HUNTER<br>2616 CENTRAL AVE<br>CHEYENNE, WY 82001 | $103.79 |

3. That the Trustee's check for $145.83 payable to the U.S. Bankruptcy Clerk, is attached to this report and list.

DATED this 9 day of August, 2010.

_____
RANDY L. ROYAL, TRUSTEE, Trustee in Bankruptcy